# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND HOLTON, | ) |
|         Plaintiff, | ) |
| v. | )   Civil Action No. 22-3609 (UNA) |
| CARMEN McLEAN, | ) |
|         Defendant. | ) |

## MEMORANDUM OPINION

It appears that plaintiff Raymond Holton has been declared incompetent, and he brings this civil action to have The Honorable Carmen McLean, the Associate Judge of the Superior Court of the District of Columbia, removed from his case. The complaint must be dismissed because this federal district court "lack[s] jurisdiction to review judicial decisions by . . . District of Columbia courts." *Richardson v. District of Columbia Court of Appeals*, 83 F.3d 1513, 1514 (D.C. Cir. 1996) (citations omitted); *see Dorsey v. Superior Court for the District of Columbia*, 709 F. App'x 22 (D.C. Cir. 2017) (per curiam). Nor may this federal district court cause a Superior Court judge's recusal or reassignment.

Where, as here, subject matter jurisdiction is lacking, the Court must dismiss the case. *See* Fed. R. Civ. P. 12(h)(3). An Order is issued separately.

DATE: February 24, 2023                                    /s/
                                                                               RUDOLPH CONTRERAS
                                                                               United States District Judge